[No. 33000-1-III.   Division Three.   June 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN THOMAS MITCHELL BONG, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 69450-2-I.   Division One.   June 22, 2015.]

*In the Matter of the Guardianship of* ROBERT HAMLIN.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. AVIS HAMLIN, *Appellant*.

*Dismissed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.

[Nos. 70438-9-I; 70795-7-I.   Division One.   June 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JEEP THOMAS, *Appellant*.

*Reversed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Lau, J.